UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
:
:
:
:
-----------------------------------------------------------------X
PHILIP ANNUNZIATO AND ELEANOR V       : 06-CV-14466-AKH
ANNUNZIATO,                           :
:
                Plaintiffs,  : **APPEARANCE**
:
- against -                           :
: **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO., *et al.*,   :
:
                Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                      By:    /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.