Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

PHILIP ANNUZZIATO (AND WIFE,              Index No.: 06-CV-14466
ELEANOR V. ANNUZIATO),
                                          **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),         **TO MASTER COMPLAINT**

   -against-                              **ELECTRONICALLY FILED**
ALAN KASMAN DBA KASCO, *et al.*,

                    Defendant(s).
------------------------------------------------------------X

   PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

   WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 9, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel